The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIAN LI,

Plaintiff,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.

Case No. C26-2998-SKV

STIPULATED MOTION TO STAY AND ORDER

Noted for Consideration:
October 23, 2026.

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 3, 2027.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel U.S. Citizenship and Immigration Services (USCIS) to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

adjudicate his Petition for Alien Relative (Form I-130) for his spouse. USCIS been working to adjudicate this petition, and has scheduled an interview of Plaintiff and his spouse on November 3, 2026. After the interview, it will require more time to process and adjudicate the petition.

Based on that interview date, USCIS anticipates that it can complete adjudication by March 3, 2027, absent unforeseen circumstances. With this additional time, the claims in this litigation may be resolved without the need for further judicial intervention. Once the petition is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action to be stayed until March 3, 2027. The parties will submit a joint status report on or before the end of this period.

DATED this 23rd day of October, 2026.

Respectfully submitted,

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

*s/ Dennis C. Lam*
DENNIS C. LAM, WSBA No. 22899
15921 NE 8th St Ste C-208
Bellevue, WA 98008
Phone: 206-682-9233
Email: dennis@dennislam.com

*Attorney for Plaintiff*

I certify that this memorandum contains 265 words, in compliance with the Local Civil Rules.

**ORDER**

Considering the foregoing Stipulated Motion to Stay, Dkt. 4, it is ORDERED that the motion is GRANTED, and the case is stayed pending further order of the Court. The parties shall submit a status update on or before March 3, 2027.

Dated this 27th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970